GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
AEJEAN CHA
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Carin.Duryee@usdoj.gov
　　　　AeJean.Cha@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JUL 13 PM 3: 17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01545 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. §§ 1201(a)(1) and (g) (Kidnapping of a Minor) |
| Aaron Thomas Mitchell, | **(UNDER SEAL)** |
| Defendant. | |

VICTIM CASE

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 25, 2022, in the District of Arizona, the defendant, AARON THOMAS MITCHELL, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for ransom and reward and otherwise a person, a minor victim. In the commission and in furtherance of the offense, the minor victim was willfully transported in interstate and foreign commerce, the defendant traveled in interstate and foreign commerce, and used any means, facility, and instrumentality of interstate and foreign commerce, to wit: a vehicle. At the time of the offense, the minor victim had not attained the age of 18 years, and the defendant had attained such age and is not a parent,

/ / /

/ / /

grandparent, brother, sister, an aunt, an uncle, and an individual having legal custody of the minor victim. All in violation of Title 18, United State Code, Sections 1201(a)(1) and (g).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: July 13, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

CARIN C. DURYEE
Assistant U.S. Attorney