OFFICE DISTRIBUTION
| | APPEALS
| | BONDS. REFUND/FORFEITURE
| | FINES/ATTY. FEES/RESTITUTION
| | CHANGE OF VENUE
| | JURY FEES
| | ATTORNEY: APPT & CLAIMS
| | SUPPORT
| | DIVISION
| | MAILED

**SUPERIOR COURT OF ARIZONA**
COUNTY OF COCHISE

Date **April 28, 2022**

FILED
2022 APR 29  AM 7:49

AMY J. HUNLEY
CLERK OF SUPERIOR COURT
BY_____

**STATE OF ARIZONA, Plaintiff**     vs.     **AARON THOMAS MITCHELL, Defendant**

| MINUTE ENTRY ACTION: | **GRAND JURY INDICTMENT** | CASE NO: CR202200319 |

JUDGE **HONORABLE LAURA CARDINAL**
DIVISION **I**
COURT REPORTER **Aaron Schlesinger**
ADDRESS & PHONE

AMY J. HUNLEY, CLERK
By: Jennifer Anderson, Clerk (4/29/2022)
Docketed by_____

PRESENT: **Kristina Guerrero on behalf of Michael Powell, Deputy County Attorney, and Grand Jurors;**

THE RECORD MAY SHOW the Grand Jury returned an Indictment against **AARON THOMAS MITCHELL**, bearing Grand Jury **No.GJ20220137** which the Court assigned Superior Court Case **No. CR202200319** for **STATE OF ARIZONA -vs- AARON THOMAS MITCHELL**, assigned to Division **ONE** of the Superior Court.

**IT IS ORDERED** that Notice shall issue directing the above-named Defendant to appear for Arraignment before the Honorable Laura Cardinal, Division **One** of this Court at 100 Quality Hill, Bisbee, Arizona on **WEDNESDAY, MAY 4, 2022 at 11:00 a.m.,** Notice of Supervening Indictment shall be given to the Lower Court, Counsel and Defendant.

xc: County Attorney
    IDC
    Aaron Schlesinger
    Div I JAA
    Grand Jury master file

FILED

2022 APR 28 PM 12: 29

AMY J. HUNLEY, Clerk of the Superior Court
CLERK OF SUPERIOR COURT
by: Jennifer Anderson (4/28/2022) Deputy Clerk
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA, In and for the County of Cochise

**JUDGE: HONORABLE LAURA CARDINAL,**
**DIVISION: I**
**COURT REPORTER:** Liberty Digital
**INTERPRETER:** ------

**HEARING DATE: 04/28/2022**

| | |
|---|---|
| STATE OF ARIZONA,<br><br>                                    Plaintiff,<br>VS<br><br>AARON THOMAS MITCHELL,<br><br>DOB:   09/07/1994<br><br>                                    Defendant. | CASE NO: S0200CR202200319<br><br>**MINUTE ENTRY: BAIL ELIGIBILITY REVIEW HEARING**<br><br>**HEARING START TIME:**    8:52 AM<br>**HEARING END TIME:**      9:05 AM |

**State Represented by:**   Michael Powell, Deputy County Attorney
**Defendant present by video and by:**  Sara Dent, County Legal Defender
**Defendant in Custody:  YES**

This matter came regularly before the Court for Bail Eligibility Review Hearing and scheduling of a Bail Eligibility Evidentiary Hearing pursuant to Rule 7.2(b), Arizona Rules of Criminal Procedure.

THE RECORD MAY REFLECT that Defendant is represented today only by Sara Dent, County Legal Defender.

Discussion was held as to indigence and the Defendant was inquired of regarding acquisition of private Counsel.

The Court noted that Justice Court Precinct 2 ordered Defendant to be held without bond. When such an order is entered a hearing must be held in Superior Court within seven (7) days of entry of the order.

**IT IS ORDERED** setting a Bail Eligibility Evidentiary Hearing on **WEDNESDAY, MAY 4, 2022 at 11:00 a.m.** in Division ONE of this Court.

THE RECORD MAY FURTHER REFLECT the matter was previously referred to the Indigent Defense Coordinator and is awaiting appointment of counsel.

**IT IS FURTHER ORDERED** Defendant shall continue to be held in custody without bond pending further order of the Court.

xc: e-mailed (e) by: JLA date: 4/28/2022
☒County Attorney (e)         ☒IDC (e)            ☒CCSO/Jail (e)            ☒DIV I JAA (e)

To help protect against the spread of COVID-19, effective May 25, 2021, the Courts are strongly recommending that all visitors wear a mask or other face covering if they have not been fully vaccinated or wish to for their own personal safety. Additionally, the Courts and its offices may require wellness screenings to include using touchless thermometers. Please do not visit the courthouse if you are ill. Contact your attorney or the Courts to reschedule your court appearance or to request a telephonic appearance.

FILED
2022 APR 29 AM 7:50

IN THE JUSTICE COURT PRECINCT NO. 2 OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCHISE

STATE OF ARIZONA,
        Plaintiff,

vs.

AARON THOMAS MITCHELL,
        Defendant.

GRAND JURY NO. GJ2022- 0137

CASE NO. CR2022 00319

INDICTMENT

The Grand Jurors of the County of Cochise, in the name of the State of Arizona, and by its authority accuse:

**AARON THOMAS MITCHELL**

and charges that in Cochise County:

### COUNT 1: Kidnapping

AARON THOMAS MITCHELL, on or about April 25, 2022, knowingly restrained LO with the intent to inflict death, physical injury, or a sexual offense on her or to otherwise aid in the commission of a felony, in violation of A.R.S. §§ 13-1304(A)(3), 13-1301, 13-701, 13-702, and 13-801, a class 2 Felony.

The State further alleges that the offense charged in this count is an offense that was committed with a sexual motivation, in violation of A.R.S. §§ 13-118 and 13-3821.

### COUNT 2: Sexual Assault

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly, engaged in sexual intercourse or oral sexual contact with LO, without the consent of LO, in violation of A.R.S. §§ 13-1406, 13-1401, 13-1406(A), 13-610, 13-701, 13-702, and 13-801, a class 2 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL first placed his penis inside her vagina without consent.

### COUNT 3: Sexual Assault

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly, engaged in sexual intercourse or oral sexual contact with LO, without the consent of LO, in violation of A.R.S. §§ 13-1406, 13-1401, 13-1406(A), 13-610, 13-701, 13-702, and 13-801, a class 2 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL placed his penis inside her anus.

### COUNT 4: Sexual Assault

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly, engaged in sexual intercourse or oral sexual contact with LO, without the consent of LO, in violation of A.R.S. §§ 13-1406, 13-1401, 13-1406(A), 13-610, 13-701, 13-702, and 13-801, a class 2 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL placed his penis inside her vagina without consent after placing his penis inside her anus.

### COUNT 5: Sexual Assault

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly, engaged in sexual intercourse or oral sexual contact with LO, without the consent of LO, in violation of A.R.S. §§ 13-1406, 13-1401, 13-1406(A), 13-610, 13-701, 13-702, and 13-801, a class 2 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL first made LO masturbate his penis.

### COUNT 6: Sexual Assault

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly, engaged in sexual intercourse or oral sexual contact with LO, without the consent of LO, in violation of A.R.S. §§ 13-1406, 13-1401, 13-1406(A), 13-610, 13-701, 13-702, and 13-801, a class 2 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL placed his penis inside LO's vagina without her consent after he had her masturbate him.

### COUNT 7: Sexual Assault

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly, engaged in sexual intercourse or oral sexual contact with LO, without the consent of LO, in violation of A.R.S. §§ 13-1406, 13-1401, 13-1406(A), 13-610, 13-701, 13-702, and 13-801, a class 2 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL had LO masturbate him a second time.

### COUNT 8: Sexual Conduct With A Minor

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engage in sexual intercourse or oral sexual contact with LO, who was a minor fifteen years of age or over, in violation of A.R.S. §§ 13-1401, 13-1405(A), 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 6 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL first placed his penis inside her vagina without consent.

### COUNT 9: Sexual Conduct With A Minor

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engage in sexual intercourse or oral sexual contact with LO, who was a minor fifteen years of age or over, in violation of A.R.S. §§ 13-1401, 13-1405(A), 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 6 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL placed his penis inside her anus without consent.

### COUNT 10: Sexual Conduct With A Minor

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engage in sexual intercourse or oral sexual contact with LO, who was a minor fifteen years of age or over, in violation of A.R.S. §§ 13-1401, 13-1405(A), 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 6 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL placed his penis in her vagina without consent after attempting anal sex.

### COUNT 11: Sexual Conduct With A Minor

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engage in sexual intercourse or oral sexual contact with LO, who was a minor fifteen years of age or over, in violation of A.R.S. §§ 13-1401, 13-1405(A), 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 6 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL first had LO masturbate him.

### COUNT 12: Sexual Conduct With A Minor

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engage in sexual intercourse or oral sexual contact with LO, who was a minor fifteen years of age or over, in violation of A.R.S. §§ 13-1401, 13-1405(A), 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 6 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL had LO masturbate him a second time.

### COUNT 13: Unlawful Sexual Conduct

AARON THOMAS MITCHELL, on or about April 25, 2022, a peace officer, knowingly engaged in sexual contact, oral sexual contact or sexual intercourse with LO who was in the officer's custody and was at least fifteen years of age but less than eighteen years of age, in violation of A.R.S. §§ 13-1401, 13-1412(A), 13-3821, 13-610, 13-701, 13-702 and 13-801, a class 3 Felony.

The State further alleges that the offense charged in this count is an offense that was committed with a sexual motivation, in violation of A.R.S. §§ 13-118 and 13-3821.

### COUNT 14: Sexual Abuse

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engaged in sexual contact with LO, a person of fifteen or more years of age, without the consent of LO, in violation of A.R.S. §§ 13-1404(A), 13-1401, 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 5 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL rubbed his penis on her leg.

### COUNT 15: Sexual Abuse

AARON THOMAS MITCHELL, on or about April 25, 2022, intentionally or knowingly engaged in sexual contact with LO, a person of fifteen or more years of age, without the consent of LO, in violation of A.R.S. §§ 13-1404(A), 13-1401, 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 5 Felony.

This offense covers conduct described by LO in which AARON THOMAS MITCHELL had LO turn over on her stomach and he moved his penis against her body.

### COUNT 16: Fraudulent Schemes and Artifices

AARON THOMAS MITCHELL, on or about April 25, 2022, pursuant to scheme or artifice to defraud, knowingly obtained a benefit from LO, by means of fraudulent pretenses, representation, promises, or material omissions, in violation of A.R.S. §§ 13-2310(A), 13-701, 13-702, and 13-801, a class 2 Felony.

The State further alleges that the offense charged in this count is an offense that was committed with a sexual motivation, in violation of A.R.S. §§ 13-118 and 13-3821.

### COUNT 17: Obstructing Criminal Investigations Or Prosecutions

AARON THOMAS MITCHELL, on or about April 25, 2022, knowingly attempted, by means of bribery, misrepresentation, intimidation, force or threats of force to obstruct, delay or prevent the communication of information or testimony relating to a violation of a criminal statute to a peace officer, magistrate, prosecutor, or grand jury, in violation of A.R.S. §§ ~~13-1001~~ [mc], 13-2409, 13-701, 13-702, and 13-801, a class 5 Felony.

## COUNT 18: Luring A Minor For Sexual Exploitation

AARON THOMAS MITCHELL, on or about April 25, 2022, offered or solicited sexual conduct with LO, knowing or having reason to know that she was a minor fifteen years of age or over, in violation of A.R.S. §§ 13-3551, 13-3554(A), 13-3821, 13-610, 13-701, 13-702, and 13-801, a class 3 Felony.

DATED this 28th day of April, 2022.

COCHISE COUNTY ATTORNEY

BY: _____
Michael Powell
Deputy County Attorney

MP/drb

TRUE BILL

_____
Foreperson of the Grand Jury