Filed on 5/5/2022 12:03:20 PM

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### In and for the County of Cochise

| | |
|---|---|
| **JUDGE: HONORABLE LAURA CARDINAL** | **AMY J. HUNLEY, Clerk of the Superior Court** |
| **DIVISION: ONE** | by: MARCIE FADER (5/5/2022), Deputy Clerk |
| **COURT REPORTER: LIBERTY DIGITAL** | |
| **INTERPRETER: NONE** | **HEARING DATE:** 05/04/2022 |
| **STATE OF ARIZONA**, Plaintiff, | **CASE NO.**: S0200CR202200319 |
| VS. | |
| | **MINUTE ENTRY: ARRAIGNMENT** |
| **AARON THOMAS MITCHELL,** | |
| **DOB**:   09/07/1994 | **HEARING START TIME: 11:21 AM** |
| Defendant. | **HEARING END TIME:    12:07 PM** |

**State Represented by:** Michael Powell, Deputy County Attorney
**Defendant present in person and by:** Daniel Raynak, P.C.
**Defendant in Custody:** YES

This matter came before the Court this date for an Arraignment Hearing.

THE RECORD MAY REFLECT, the Court called this case for both the Arraignment hearing and a Bail Eligibility Evidentiary hearing. See separate Minute Entry of the same date for the Bail Eligibility hearing.

THE RECORD MAY FURTHER REFLECT the victim and victim's rights advocate were present during today's proceeding.

The Court read from the file and inquired of and heard from counsel as to the history of hearings in this matter.

☒ Formal reading of Indictment:  WAIVED

☒ Plea(s) of NOT GUILTY entered.

☒ Defendant's executed Notice of Effect of Voluntary Absence executed while in custody and shall be filed with the Court and a copy of same provided to Defendant.

**IT IS ORDERED** MODIFYING the Conditions of Release as follows:
- Bond is set in this matter for two hundred-thousand-dollars cash or secured.
- If Defendant is released on Bond, he shall be subject to GPS Monitoring, to be installed prior to departure from the Cochise County Jail.
- Defendant shall have no contact with the victim or the victim's family.
- Defendant shall maintain contact with his attorney.
- Defendant shall appear at all scheduled court hearings in this matter.
- Defendant shall obey all state, county, and federal laws.

Mr. Powell advised the Court that the State would like to submit two additional motions in this matter and upon approval by the Court filed in open court, a Motion to Designate Complex and the corresponding order and a Petition for Testing Pursuant to A.R.S § 13-1415 and the corresponding order.

Filed on 5/5/2022 12:03:20 PM

Date: 05/04/2022 Case No.: S0200CR202200319
Minute Entry – Arraignment

Upon inquiry by the Court, Mr. Raynak confirmed stipulation to the Motion to Designate Complex.

The Court stated that given the nature of the charges, the number of charges, and the volume of evidence identified during today's proceeding, there is justification to designate this matter as complex.

THE RECORD MAY FURTHER REFLECT the Court executed the order to designate this matter as complex in open court on this date.

Discussion was held on Speedy Trial Deadlines with the designation of this matter as complex.

☒ Speedy Trial Deadline, based on the stipulation of the parties to designate this matter as complex, shall be January 28, 2023.

Speedy Trial Deadlines for this matter, if not designated complex, would have been:

☒ In Custody 9/30/2022   ☒ Out of Custody 10/31/2022

Discussion was held on e-filing and filing with the Court.

Upon inquiry by the Court, parties agreed to schedule the Pretrial Conference at the next hearing.

The Court recited the victim's rights statement on the record.

xc: e-mailed (e) by: mlf date: 5/5/2022
☒ County Attorney (e)  ☒ Daniel Raynak, P.C. (e)  ☒ Bran Miller & Candeleria Victoria, Operations Managers (e)  ☒ Jail Booking (e)  ☒ DIV 5 JAA (e)
*Please do not visit the courthouse if you are experiencing a communicable illness.  Contact your attorney or the Court to reschedule your court appearance or to request a telephonic appearance.*