GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.Duryee@usdoj.gov
Attorneys for Plaintiff

KRISTEN CLARK
Assistant Attorney General
Civil Rights Division, Criminal Section
MARLA N. DUNCAN
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave, NW, 4CON
Washington, D.C. 20530
Telephone: (202) 598-3508
marla.duncan@usdoj.gov

FILED
2022 NOV 30 PM 3: 25
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

VICTIM CASE

| United States of America, | CR 22-01545-TUC-RM (EJM) |
|---|---|
| Plaintiff, | **S U P E R S E D I N G** |
| | **I N D I C T M E N T** |
| | Violations: |
| | 18 U.S.C. § 242 |
| | (Deprivation of Rights Under Color of Law) |
| vs. | (Count 1) |
| | 18 U.S.C. §§ 1201(a)(1) and (g) |
| | (Kidnapping of a Minor) |
| | (Count 2) |
| Aaron Thomas Mitchell, | 18 U.S.C. § 1512 |
| Defendant. | (False Statements) |
| | (Count 3) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about April 25, 2022, in the District of Arizona, the defendant, AARON THOMAS MITCHELL, while acting under the color of law as a Customs and Border

Protection officer, willfully deprived a minor victim (M.V.) of M.V.'s fundamental right to bodily integrity, secured and protected by the constitution and laws of the United States, to include using his penis to penetrate the vulva and anus of M.V. without her consent. The defendant's conduct included aggravated sexual abuse and kidnapping, and resulted in bodily injury to M.V.

All in violation of Title 18, United State Code, Section 242.

### COUNT 2

On or about April 25, 2022, in the District of Arizona, the defendant, AARON THOMAS MITCHELL, did unlawfully seize, confine, inveigle, kidnap, abduct, and carry away, M.V. The defendant willfully used an instrumentality of interstate and foreign commerce, to wit: a vehicle, in committing and in furtherance of the commission of the offense. At the time of the offense M.V. had not attained the age of 18 years, and the defendant had attained such age; the defendant is not a parent, grandparent, brother, sister, aunt and uncle of M.V.; and the defendant did not have legal custody of M.V.

All in violation of Title 18, United State Code, Sections 1201(a)(1) and (g).

### COUNT 3

On or about April 26, 2022, in the District of Arizona, the defendant, AARON THOMAS MITCHELL, knowingly engaged in misleading conduct toward another person and persons, specifically, officers from the Douglas Police Department (DPD) with the intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense as charged in Counts One and Two, in a statement he

///
///
///

provided in connection with the DPD investigation of the sexual assault of M.V. that occurred on or about April 25, 2022.

All in violation of Title 18, United State Code, Sections 1512(b)(3).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: November 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

CARIN C. DURYEE
Assistant U.S. Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division, U.S. Department of Justice

/ S /

MARLA N. DUNCAN
Trial Attorney
Criminal Section, Civil Rights Division

REDACTED FOR
PUBLIC DISCLOSURE