JON M. SANDS
Federal Public Defender
**BENJAMIN D. SINGERMAN**
Assistant Federal Public Defender
California State Bar No. 242725
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
ben_singerman@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR22-01545-TUC-RM (EJM) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| vs. | |
| Aaron Thomas Mitchell, | **(Second Request)** |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) and (B) (iv) will occur as a result of this motion or an order based thereon.

Defendant, Aaron Thomas Mitchell, through counsel, requests a **90-day** continuance of the plea deadline set for December 9, 2022, and the trial date of December 28, 2022.  This request is made for the following reasons:

1. Undersigned counsel needs additional time to prepare this matter for trial. The time received from this continuance will also be used to attempt to reach a non-trial disposition agreement with the government.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

3. Assistant United States Attorney Carin C. Duryee does not object to this request.

//

1      RESPECTFULLY SUBMITTED this 8th day of December 2022.

JON M. SANDS
Federal Public Defender

*/s/ Benjamin D. Singerman*
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender