JON M. SANDS
Federal Public Defender
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender
California State Bar No. 242725
ben_singerman@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR22-1545-RM-(EJM) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO AUTHORIZE THE DEFENDANT TO ACCESS A COMPUTER |
| Aaron Thomas Mitchell, | |
| Defendant. | (UNOPPOSED) |

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(1)(D) will occur as a result of this motion or of an order based thereon.

The defendant, Aaron Thomas Mitchell, through his attorneys, hereby moves this court for an order authorizing the Defendant access to a computer while housed at CAFCC. In accordance with USMS and CAFCC policies, and for the purpose of permitting Mr. Mitchell the ability to review disclosure while in custody, such order would specify:

1) The defendant is allowed to use the computer to review disclosure, including documents, photographs, and interviews, in connection with his case, with the exception that no cellphone extractions, in pdf format or otherwise, will be provided for the defendant's review on this computer;

1

2) The hardware must be provided to CoreCivic by the Defendant's attorney;

3) The hardware must be a factory reset laptop completely empty of any material, other than an operating system (i.e. a newly purchased computer);

4) The computer must have no internet access or any device within that transmits and receives information wirelessly;

5) The hardware must include an external/flash drive with only approved disclosure consistent with the Court order;

6) The external drive will contain a table of contents;

7) No contents from the laptop will be printed on facility printers;

8) The computer and external drive must be used only by the defendant and it will be secured when not in use;

9) The material is to be reviewed in a secure space, under the supervision of CAFCC personnel, outside the presence of others.

Assistant U.S. Attorney Carin C. Duryee does not object to the present motion.

SUBMITTED: April 25, 2023.

JON M. SANDS
Federal Public Defender

*/s/Benjamin D. Singerman*
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender