JON M. SANDS
Federal Public Defender
**BENJAMIN D. SINGERMAN**
Assistant Federal Public Defender
California State Bar No. 242725
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
ben_singerman@fd.org
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Aaron Thomas Mitchell,<br><br>Defendant. | CR22-01545-TUC-RM (EJM)<br><br>**MOTION TO EXTEND DISCOVERY/DISCLOSURE/NOTICE DEADLINE**<br><br>(First Request) |

Aaron Thomas Mitchell, through undersigned counsel, respectfully moves the Court to extend the deadline for discovery/disclosure/notice, currently set for September 18, 2023, by 30 days. The parties have remained in contact regarding the case, and this extension is requested so that the parties maintain their respective rights in the case in the event that a non-trial resolution is not reached.

Assistant United States Attorney Carin C. Duryee does not object to this motion. It is not expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) and (B) (iv) will occur as a result of this motion or an order based thereon.

RESPECTFULLY SUBMITTED this 18th day of September 2023.

JON M. SANDS
Federal Public Defender

*/s/ Benjamin D. Singerman*
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender