IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>vs.<br>Aaron Thomas Mitchell,<br>　　　　Defendant. | CR 22-01545-TUC-RM (EJM)<br><br>**PROTECTIVE ORDER** |

　　　　Good cause appearing, IT IS ORDERED, pursuant to Fed. R. Crim. P. 16(d)(1), that the Government's Motion for Protective Order Pursuant to Rule 16 is granted.

　　　　Defense counsel (including investigators, paralegals and office staff) receiving the discovery containing the aforementioned data shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained within that data without further order of the Court.  Defendant shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained in the records. Defense counsel also shall not provide a copy of the recordings to the defendant.  This Order shall not prevent defense counsel from otherwise showing or discussing with his client evidence contained within that discovery under the supervision of defense counsel or his agents.

**IT IS FURTHER ORDERED** that defense counsel may provide the discovery for the use of his investigator (who consents to the jurisdiction and Order of this Court), but that such investigator shall not further copy said discovery without further order of the Court.

**IT IS FURTHER ORDERED** that defense counsel may provide the discovery for the use of his paralegal (who consents to the jurisdiction and Order of this Court), but that such paralegal shall not further copy said discovery without further order of the Court.

**IT IS FURTHER ORDERED** that defense counsel may provide the discovery for the use of any expert (who consents to the jurisdiction and Order of this Court), but that such expert shall not further copy said discovery without further order of the Court.

**IT IS FURTHER ORDERED** that with respect to the records, that this discovery is for the use in the defense in this criminal case only and that the records shall be returned to the government so that the information contained can be destroyed after the completion of the proceedings.

Dated this 5th day of October, 2023.

_____
Eric J. Markovich
United States Magistrate Judge