GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.Duryee@usdoj.gov
Attorneys for Plaintiff

KRISTEN CLARK
Assistant Attorney General
Civil Rights Division, Criminal Section
MARLA N. DUNCAN
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave, NW, 4CON
Washington, D.C. 20530
Telephone: (202) 598-3508
Marla.Duncan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-01545-TUC-RM (EJM) |
| Plaintiff, | |
| vs. | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |
| Aaron Thomas Mitchell, | |
| Defendant. | |

Notice is hereby given, pursuant to LRCrim 16.1(a), that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter.

///

///

*See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 22nd day of November 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Carin C. Duryee*
> CARIN C. DURYEE
> Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 22nd day of November 2023, to:

All ECF Participants

- 2 -