GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.Duryee@usdoj.gov
Attorneys for Plaintiff

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division, Criminal Section
MARLA N. DUNCAN
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave, NW, 4CON
Washington, D.C. 20530
Telephone: (202) 598-3508
Marla.Duncan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-01545-TUC-RM (EJM) |
| Plaintiff, | |
| vs. | JOINT PROPOSED STATEMENT OF THE CASE |
| Aaron Thomas Mitchell, | |
| Defendant. | |

The United States and Defendant Aaron Thomas Mitchell, by and through undersigned counsel, hereby respectfully submit the following Joint Proposed Neutral Statement of the Case:

This is a criminal case. The Defendant is charged with Deprivation of Rights Under Color of Law in violation of 18 U.S.C. § 242, Kidnapping of a Minor in violation of 18 U.S.C. §§ 1201(a)(1) and (g), and False Statements in violation of 18 U.S.C. § 1512(b)(3), all in connection with events which took place in Sierra Vista and Douglas, in the District

of Arizona, on April 25–26, 2022, and involved a Minor Victim (M.V.). The charges against the Defendant are set forth in a document called an "Indictment." The Indictment simply describes the charges the United States brings against the Defendant.

Specifically, Count One of the Indictment alleges that in April 2022, while acting under color of law as a Customs and Border Protection officer, the Defendant used his position as an officer to kidnap and sexually abuse M.V. without her consent, thereby willfully depriving M.V. of her Constitutional right to bodily integrity.

Count Two of the Indictment alleges that in April 2022, the Defendant did unlawfully seize, confine, inveigle, kidnap, abduct, and carry away, M.V. a minor under the age of 18, when the Defendant had no legal right to do so, using a vehicle, which is an instrumentality of interstate and foreign commerce.

Finally, Count Three of the Indictment alleges that, in connection with the Douglas Police Department (DPD) investigation of the sexual assault of M.V. which occurred in April 2022, Defendant knowingly engaged in false and misleading conduct toward officers from the Douglas Police Department (DPD) with the intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States of information relating to the federal offenses as charged in Counts One and Two.

The Defendant has pleaded not guilty to the charges and is presumed innocent unless and until the United States proves the Defendant guilty beyond a reasonable doubt. In addition, the Defendant has the right to remain silent and never has to prove innocence or present any evidence.

Respectfully submitted this 18th day of December 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Carin C. Duryee*
CARIN C. DURYEE
Assistant U.S. Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*s/ MarLa Duncan*
MARLA DUNCAN
Trial Attorney

Attorneys for United States of America

*/s/*
BENJAMIN SINGERMAN
JORDAN P. MALKA
Office of the Federal Public Defender
District of Arizona

Attorneys for Defendant Aaron Thomas Mitchell

Copy of the foregoing served electronically or by other means this 18th day of December 2023, to:

All ECF Participants