JON M. SANDS
Federal Public Defender
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender
California State Bar No. 242725
ben_singerman@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR22-1545-RM-(EJM) |
|---|---|
| Plaintiff, | |
| vs. | **OBJECTION AND MOTION TO PRECLUDE EXPERT TESTIMONY OF FBI SPECIAL AGENT FORENSIC EXAMINER J. PATRICK CULLEN** |
| Aaron Thomas Mitchell, | |
| Defendant. | |

Defendant Aaron Thomas Mitchell, through undersigned counsel, moves the Court to issue an order precluding the government from introducing the proposed expert testimony of FBI Special Agent Forensic Examiner J. Patrick Cullen, on the grounds that its notice (Doc. 79) is incomplete pursuant to the requirements of Fed. R. Crim. P. 16(a)(1)(G)(iii).

Rule 16(a)(1)(G)(iii) requires that the disclosure must include "a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C);" and "the bases and reasons for them" and that "[t]he witness must approve and sign the disclosure."

In its notice, the government describes Agent Cullen's proposed testimony in only the most cursory and conclusory terms. (For example, the notice states that "Agent Cullen will discuss the distinction between an advance logical extraction and a full file system extraction," but it does not state what that distinction actually is.) Continuing in this superficial way, the

notice outlines the general topics that Agent Cullen about which intends to testify, but does not adequately describe any of his opinions, let alone provide the bases or reasons for them. Nor has the government disclosed an approved and signed report by Agent Cullen including a complete statement of the opinions the government will elicit or the bases and reasons for them.

      Because of the government's noncompliance with Fed. R. Crim. P. 16, Agent Cullen's expert witness testimony should be precluded.

      RESPECTFULLY SUBMITTED: January 8, 2024.

                                    JON M. SANDS
                                    Federal Public Defender

                                    *s/ Benjamin D. Singerman*
                                    BENJAMIN D. SINGERMAN
                                    Assistant Federal Public Defender