# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br>v.<br><br>Aaron Thomas Mitchell,<br><br>          Defendant. | CR 22-01545-TUC-RM(EJM)<br><br>ORDER |

On January 31, 2024, the government filed a Response to Defendant's Motion to Dismiss Count Three of the Superseding Indictment. (Doc. 134.)   That Response will be ordered stricken from the record because a Motion to Dismiss Count Three is not currently pending before the Court.

The defendant filed a Motion for a Bill of Particulars regarding Count Three of the Superseding Indictment.  (Doc. 105.)   In the defendant's Reply to the government's Response, the defendant added the argument that the Court should dismiss Count Three because it failed to allege an offense.   (Doc. 131.)   In a Report and Recommendation dated January 31, 2024, this Court recommended that the District Court deny the Motion for a Bill of Particulars. (Doc. 133.)  The Court noted that even if Count Three failed to allege an offense, that argument was not relevant to the Motion for a Bill of Particulars, which was the only relief sought in that motion.  (Doc. 133 at 4, n. 1.)   A Motion to Dismiss Count Three cannot be made in a Reply brief when the defendant's original motion did not seek that relief.  Because a Motion to Dismiss Count Three has not been properly filed, there is no such motion pending before the Court which requires a government

response.   The defendant is certainly free to file a proper Motion to Dismiss Count Three.

Accordingly, it is ORDERED that the government's Response to Defendant's Motion to Dismiss Count Three of the Superseding Indictment (Doc. 134) is stricken from the record because a Motion to Dismiss Count Three is not pending before the Court.

Dated this 1st day of February, 2024.

_____
Eric J. Markovich
United States Magistrate Judge