**THE LAW OFFICE OF**
**STEPHANIE K. BOND, P.C.**
P.O. Box 1082
Tucson, Arizona 85702
Telephone: (520) 624-2636
sbondlaw@gmail.com
State Bar No. 19000

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** | Case No. CR-22-1545-TUC-RM-EJM |
| **Plaintiff,** | |
| v. | **MOTION TO CONTINUE TRIAL** |
| **Aaron Thomas Mitchell,** | |
| **Defendant.** | |

Counsel for defendant, Aaron Thomas Mitchell, hereby requests that this Court continue the Jury Trial, currently set for July 29, 2024, to August 19, 2024 or September 30, 2024.

At the previous hearing, the Court set a tentative trial date for July 29, 2024 subject to the parties confirming availability with its experts. Two out of the three defense experts are not available if the trial begins July 29, 2024. All three defense experts are available if the trial begins August 19, 2024 or September 30, 2024. They are also available later in October if necessary. The undersigned will have to continue other State trials but this Court and case would have priority over those trials since they are State cases and both defendants are out of custody.[1]

The parties have met and conferred regarding this motion and the Government objects to this request.

Therefore, the defense requests the trial be continued to either August 19, 2024 or September 30, 2024.

---

[1] State v. Thomas Mendoza is a 2019 case set to begin August 12, 2024 and is expected to last 3 weeks. State v. Efren Cornejo is a 2022 case set to begin October 1, 2024 and is expected to last 2 weeks.

RESPECTFULLY SUBMITTED: May 13, 2024

The Law Offices of
Stephanie K. Bond, P.C.


*s/Stephanie K. Bond*
Stephanie K. Bond

Copy to:

Assistant United States Attorneys
Laura Udall, Esq.